In The Ninth Court of Appeals 12,375-24
Beaumont, Texas

Ex Parte Herbert Feist
Applicant

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 24 2015

Abel Acosta, Clerk

RECEIVED
FEB 18 2015
CAROL ANNE HARLEY
CLERK OF THE COURT
NINTH COURT OF APPEALS

Case No. 09-15-00027-CR

Trial Case No. 36429 and 36678

Applicant's Request For Emergency
Order Requiring Trial Court To Hear Above
Writ of Habeas Corpus Or Allow Filing
To Court of Criminal Appeals And
Injunctive/Restraining Order/Default
Prohibiting Trial Court From Alleging
It Is Cause No. 39295

To The Honorable Justices:

Comes Now, Applicant Herbert Feist,
in the above said cause of action
who makes and files this his Request,
and would respectfully show
unto this Honorable Court, the
following, to wit;

— 1 —

## I.

Applicant has filed Writ of Habeas Corpus No. 36429 and 36678, two (1978) convictions of 5 years. Offense was unauthorize use of a motor vehicle, and robbery.

## II.

District Attorney has knowingly and intentionally lied to the court some 3 times telling the court this is one writ from 1981 Agg. robbery, and Abuse of writ order was entered in 1983.

It is impossible to get these writs mixed up.

## III.

Judge Stevens has asked the Court of Criminal Appeals to take Applicant Goodtime because he filed the last 3 writs under an Abuse of writ order. Which is false.

## IV

Why the two Above writs can't be heard. Why an order to take my Goodtime based on a known and easily proven lied is had. All this judge have to do is read the writ.

— 2 —

## V.

These illegal convictions are used as an enhancement. The only way to prevent further use is by Habeas Corpus.

## VI.

Applicant states an injunction and restraining order should issue to stop the trial judge from maliciously retaliating illegally having good time taken. When I'm up for parole.

A order to hear the writs filed should be had.

Wherefore, Premises Considered Applicant prays the same should be granted.

## Certificate of Service

I, Herbert Feist, certify that I have mailed a true and correct copy of Emergency Request, by U.S. postage pre paid mail to Judge Stevens, and District Attorney, Jefferson County Courthouse, 1001 Pearl St. suite, Beaumont, Tx. 77701.

17 Feb. 2015

Thank you,
s/ Herbert Feist
Herbert Feist #18809
Jefferson County Jai
Beaumont, Tx. 7770

— 3 —